FILED
CLERK, U.S. DISTRICT COURT
JUL 18 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STANLEY PETERSON,<br><br>          Petitioner,<br><br>    v.<br><br>R. J. HERNANDEZ, Warden,<br><br>          Respondent. | NO. CV 06-4827-JFW (FFM)<br><br>JUDGMENT |

    Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: 7/18/08

JOHN F. WALTER
United States District Judge